UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| RUBY VANHOOSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-91 |
| | ) | |
| OLD TOWN TROLLEY TOURS | ) | |
| OF SAVANNAH, INC., | ) | |
| HISTORIC TOURS OF AMERICA, | ) | |
| INC., BUGGY BUS, INC., and XYZ | ) | |
| ENTITY d/b/a OLD TOWN | ) | |
| TROLLEY TOURS OF | ) | |
| SAVANNAH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Counsel for plaintiff Ruby Vanhoose moves for an emergency stay of all proceedings for 180 days due to Vanhoose's death on April 28, 2017. Doc. 6. Defendants do not oppose the stay, responding only to emphasize their disagreement with plaintiff's characterization of the facts. Doc. 9. Accordingly, the motion is deemed unopposed and

<u>**GRANTED**</u>.[1]

**SO ORDERED**, this <u>6th</u> day of July, 2017.

*[signature: J.R. Smith]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that Fed. R. Civ. P. 25 gives a party 90 days to file a motion for substitution when a party dies. However, because plaintiff's 180-day-stay request is unopposed and "[t]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket", the 180-day stay is granted. *Clinton v. Jones*, 520 U.S. 681, 683 (1997). If further extensions are necessary to accommodate the probate of plaintiff's estate, the Court will administratively close the case, unless the parties show cause why it should not be administratively closed. *See Lomax v. Woodmen of World Life Ins. Soc'y*, 228 F. Supp. 2d 1360, 1366 (N.D. Ga. 2002) ("Administratively closing a case is a docket control device used by the Court for statistical purposes and does not prejudice the rights of the parties to this litigation in any manner.")