IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| RUBY VANHOOSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:17-cv-00091-LGW-GRS |
| | ) | |
| OLD TOWN TROLLEY TOURS OF SAVANNAH, INC., HISTORIC TOURS OF AMERICA, INC., BUGGY BUS, INC., and XYZ ENTITY d/b/a OLD TOWN TROLLEY TOURS OF SAVANNAH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In the above-captioned matter, having considered the Plaintiff's MOTION TO SUBSTITUE PARTY AND AMEND CAPTION, and after due consideration by the Court,

IT IS HEREBY ORDERED that the Plaintiff's motion is hereby GRANTED and HAROLD D. VANHOOSE, *individually, and as Administrator of the Estate of* RUBY VANHOOSE shall be substituted as the Plaintiff.

IT IS FURTHER ORDERED that the caption shall hereafter be amended to reflect these changes.

This  18th  day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA