IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HAROLD D. VANHOOSE, individually, and as Administrator of the Estate of RUBY VANHOOSE<br><br>Plaintiff,<br><br>v.<br><br>OLD TOWN TROLLEY TOURS OF SAVANNAH, INC., HISTORIC TOURS OF AMERICA, INC., BUGGY BUS, INC., AND XYZ ENTITY D/B/A OLD TOWN TROLLEY TOUR OF SAVANNAH, INC.<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 4:17-cv-00091-LGW-GRS |

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY FOR THIRTY DAYS

Having reviewed the parties' Joint Motion to Stay Discovery for Thirty Days, and in the interests of judicial economy and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Stay is GRANTED and discovery in this case will be stayed until for thirty days form the entry of this Order. The parties are ORDERED AND DIRECTED to notify the Court of settlement or to present a proposed consent amended scheduling order upon expiration of the stay.

IT IS SO ORDERED, this 28th day of September, 2018.

_____
Honorable G.R. Smith
United States Magistrate
Southern District of Georgia

1