UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| HAROLD D. VANHOOSE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV417-091 |
| OLD TOWN TROLLEY TOURS OF SAVANNAH, INC., *et al.*, | ) | |
| Defendants. | ) | |

## **ORDER**

The parties filed their notice of settlement on December 3, 2018, indicating that they would move to dismiss the case once they had finalized their settlement documents. Doc. 22. There has been no further activity in this case. It is therefore unclear whether the parties have resolved their dispute, or intend to proceed with the case.

Within 14 days of the date this Order is served, the parties shall either (1) file their stipulation of dismissal under Fed. R. Civ. P. 41, or (2) face a recommendation of dismissal. *See* Fed. R. Civ. P. 41(b) (authorizing district courts to dismiss an action for failure to obey a court order); L.R. 41.1(c) (authorizing district court to dismiss for lack of

prosecution); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants).

**SO ORDERED**, this  10th   day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA